IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHN L. CLAY
ADC #134685                                                                                      PETITIONER

v.                                    No. 5:16-cv-223-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                              RESPONDENT

### ORDER

Motion for copies, *Doc. 24*, granted. The Court directs the Clerk to send Clay a copy of *Doc. 13*.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

 30 November 2021